**STATE of Missouri, Respondent,**

v.

**James T. BENNY, Appellant.**

**No. 36969.**

Missouri Court of Appeals,
Western District.

July 22, 1986.

Karl L. Madden, Jr., Moberly, for appellant.

Paul Oesterreicher, Moberly, for respondent.

Before NUGENT, P.J., and BERREY and GAITAN, JJ.

### ORDER

PER CURIAM:

Appeal from conviction of driving while intoxicated. Section 577.010, R.S.Mo. Supp., 1984.

Judgment affirmed. Rule 30.25(b).